**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-6992**

───────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

LUIS ALBERTO NAVARRO,

        Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:13-cr-00080-AWA-LRL-1)

───────────────

Submitted:  June 15, 2023                    Decided:  July 6, 2023

───────────────

Before RUSHING and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Luis Alberto Navarro, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Alberto Navarro appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Navarro*, No. 2:13-cr-00080-AWA-LRL-1 (E.D. Va. Aug. 8, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*